UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFF WALLACE and )<br>CITY OF BANGOR, )<br>)<br>Defendants. | 1:25-cv-00254-SDN |

### ORDER AFFIRMING RECOMMENDED DECISION

On July 24, 2025, the Magistrate Judge recommended dismissing Plaintiff's complaint after preliminary review. ECF No. 6. Plaintiff timely objected. ECF No. 7.

In his objection, Plaintiff explains that he attempted to file in the Portland division of this District to avoid the judges who sit in the Bangor division. Nonetheless, the Clerk docketed his case in the Bangor division. Accordingly, Plaintiff moves to transfer venue from the Bangor division to the Portland division. ECF No. 8. However, all parties are residents of counties within the Bangor division, and the Local Rules provide that such cases "will ordinarily be tried in Bangor." Dist. Me. Local R. 3(h). Therefore, his case is appropriately situated in Bangor and the motion to transfer, ECF No. 8, is **DENIED**.

As for the remainder of Plaintiff's objection, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 7. Plaintiff's complaint is **DISMISSED.**

**SO ORDERED.**

Dated this 12th day of August, 2025.

/s/ Stacey D. Neumann<br>**UNITED STATES DISTRICT JUDGE**